UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JULIO NEHOMAR ROSA,

    Plaintiff,

v.                                       Case No.:  2:23-cv-713-SPC-KCD

711 SEVEN ELEVEN,

    Defendant.
_____/

## OPINION AND ORDER

The Court ordered Plaintiff to pay the filing fee or move to proceed in forma pauperis. (Doc. 3). He failed to do either. So the Court ordered Plaintiff to show cause why the Court should not dismiss this action for failure to prosecute and failure to comply with an Order. (Doc. 4). He failed to respond. So the Court dismisses this action. *See* Local Rule 3.10, 6.04.

Accordingly, it is now

**ORDERED:**

1. This action is **DISMISSED.**

2. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

2

**DONE** and **ORDERED** in Fort Myers, Florida on December 12, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record